# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In Re: Veronica Stovall                                        Case No. **14-31043**

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED AND SERVED UPON THE MOVING PARTY WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OF THE BANKRUPTCY COURT, One Church Street MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
Motion to Compromise pursuant to BR 9019(a)

## MOTION TO COMPROMISE

Comes Now, Susan Shirock DePaola Trustee in the above-styled cause, and moves this Honorable Court for permission to compromise the various claims or causes of action asserted by Veronica Stovall as set forth hereinafter:

(1) The debtor filed a petition in bankruptcy on April 24, 2014.
(2) At the time of the filing the debtor had asserted EEOC claims against her employer including Case No. 2:12-CV-1036 (Middle District of Alabama) and EEOC charges 420-2014-2380, 420-2012-01179, 846-2013-04209, 420-2013-01336, 420-2013-02008, 420-2014-00928 and 420-2014-01798.
(3) The Trustee has investigated the claims by conferring with Stovall's attorney and with the respondent/defendant's attorney.
(4) The parties wish to compromise the claims in exchange for a payment of $5600.00 to the Bankruptcy Estate in exchange for a complete release of all of the identified claims.
(5) The employer has reached a separate agreement with respect to the post-petition relationship between the debtor and the employer. This post petition resolution is not property of the Bankruptcy Estate.
(6) There will be no attorney fees or costs to the Estate associated with this compromise.
(7) The Trustee believes that a compromise of this matter as set forth hereinabove is in the best interest of the creditors of the Estate to the extent that it allows an expedited distribution and avoids the uncertainties attendant to litigation.

WHEREFORE the premises considered, the Trustee prays that after notice, hearing and consideration that she be allowed to enter into a compromise on the terms and conditions set forth hereinabove.

Done this 20th day of October, 2014.

S/<u>Susan Shirock DePaola,</u>

**Susan Shirock DePaola
1726 West Second Street~Suite B
Montgomery, Alabama 36106**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion To Compromise has been served on all creditors on the mailing matrix, the Bankruptcy Administrator and the attorney for the debtor by ECF or by first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on this the 20th day of October, 2014.

s/ Susan Shirock DePaola